# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 26, 2023

```
Mr. Brian Boynton
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530


Ms. Ming Cheung
American Civil Liberties Union Foundation
125 Broad Street
18th Floor
New York, NY 10004-2400


Mr. Evan Scott Greene
Office of the Texas Attorney General
Solicitor General Division
P.O. Box 12548 (MC-059)
7th Floor
Austin, TX 78711-2548


Mr. Alexander K. Haas
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530


Ms. Amy Snow Hilton
Office of the Attorney General for the State of Texas
General Litigation Division
P.O. Box 12548
Capitol Station
Room MC-019
Austin, TX 78701


Ms. Kathryn Lynn Huddleston
American Civil Liberties Union of Texas
5225 Katy Freeway
Suite 350
Houston, TX 77007
```

Ms. Jean Lin
U.S. Department of Justice
Civil Division
1100 L Street N.W.
Washington, DC 20530

Mr. Andre Segura
American Civil Liberties Union of Texas
5225 Katy Freeway
Suite 350
Houston, TX 77007

Mr. Cody Wofsy
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

    No. 22-50212   USA v. Abbott
                           USDC No. 3:21-CV-173
                           USDC No. 3:21-CV-178

Dear Counsel:

This letter will serve to advise the parties that the court has directed the filing of simultaneous letter briefs, on or before **Thursday, August 3, 2023 by 5:00 PM**, addressing how, if at all, the expiration of Governor Abbott's COVID-19 disaster declaration affects the appropriate disposition of this case. Each letter shall not exceed 2,500 words.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Mary Frances Yeager, Deputy Clerk
                                        504-310-7686