

Cody Wofsy
Deputy Director
Immigrants' Rights Project
ACLU National Legal Department

August 3, 2023

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
Office Of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

*Via ECF*

    Re:   *United States v. Abbott*, No. 22-50212

Dear Mr. Cayce:

Plaintiffs-Appellees Annunciation House, Angry Tias & Abuelas of the Rio Grande Valley, Jennifer Harbury, and FIEL Houston, respectfully submit this letter brief as directed by the Court's order of July 26, 2023. The Court directed briefing "addressing how, if at all, the expiration of Governor Abbott's COVID-19 disaster declaration affects the appropriate disposition of this case."

This is a challenge to Executive Order GA-37, which bars ground transportation of certain groups of migrants within the state of Texas. GA-37 relies on COVID-19 as a rationale, and contains a series of



"whereas" clauses addressing Governor Abbott's March 13, 2020 COVID-19 disaster declaration along with various other circumstances. The COVID-19 declaration was renewed monthly through May 15, 2023.[1] The Governor then permitted the declaration to lapse.[2]

It does not appear that the lapse of the COVID-19 disaster terminated GA-37, so this case remains justiciable. GA-37 specifies that it "shall remain in effect and in full force unless it is modified, amended, rescinded, or superseded by the governor." To Plaintiffs' knowledge, Governor Abbott has taken no steps to rescind or otherwise terminate GA-37, so by its terms the Executive Order remains in effect.

Nor does that lapse directly impact the specific question before the Court. This narrow interlocutory appeal concerns only the district

---

[1] Office of the Texas Governor, *Governor Abbott Renews COVID-19 Disaster Declaration In May 2023* (May 15, 2023), https://gov.texas.gov/news/post/governor-abbott-renews-covid-19-disaster-declaration-in-may-2023.

[2] Texas Tribune, *Gov. Greg Abbott says he won't renew his COVID-19 disaster declaration later this week* (June 12, 2023), https://www.texastribune.org/2023/06/12/greg-abbott-covid-disaster-renew/.



court's order denying Governor Abbott's motion to dismiss premised on his purported lack of enforcement authority over GA-37. Appellees' Br. 5-7. To be sure, GA-37 relied on the COVID-19 declaration as a justification. And, of course, the lapse of that declaration—and, more generally, the dramatically different COVID-19 circumstances in 2023 as compared to 2020 or 2021—severely undermines that proffered justification, whatever its merits when GA-37 was issued in 2021. But the ever-weakening justification for GA-37 does not bear on whether Governor Abbott has enforcement authority over GA-37.

        Sincerely,

        /s/ Cody Wofsy
        Cody Wofsy
        American Civil Liberties Union,
          Immigrants' Rights Project
        39 Drumm Street
        San Francisco, CA 94111
        T: (415) 343-0785
        cwofsy@aclu.org
        Counsel for Plaintiffs-Appellees



## CERTIFICATE OF COMPLIANCE

    I hereby certify that the foregoing letter complies within the type-volume limitations of the Court's Order of July 26, 2023, because the body contains 337 words. This letter also complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5)(A) because this letter was prepared in a proportionally spaced typeface using Word 14-point Century Schoolbook.

## CERTIFICATE OF SERVICE

    I hereby certify that on August 3, 2023, this brief was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court.

Dated: August 3, 2023                 <u>/s/ Cody Wofsy</u>
                                                   Cody Wofsy

39 Drumm Street, San Francisco, California 94111 | cwofsy@aclu.org | 415-343-0785